**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 11-cv-01527-WJM-BNB

MARJA KLINE SANDAGE,

    Plaintiff,

v.

LONGMONT WINNELSON CO., a Delaware Corporation, and
WINWHOLESALE, INC., a Delaware Corporation

    Defendants.
_____

### ORDER GRANTING STIPULATED MOTION TO DISMISS
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed November 18, 2011 (ECF No. 34).  The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 21st day of November, 2011.

                                          BY THE COURT:

                                          _____
                                          William J. Martínez
                                          United States District Judge